IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

DEBTOR(S): HOLLOWAY, JOYCE A                CASE NO. 08-12271-SDB
DEBTOR'S ATTORNEY: TERRANCE P. LEIDEN       341 Meeting: 11/12/08

RECEIVED 2008 NOV 24 P 4:06
OFFICE OF THE U.S. TRUSTEE REGION 21 SAVANNAH, GA

TRUSTEE'S REPORT OF INVENTORY OF DEBTOR;
REPORT OF ABANDONMENT OF PROPERTY; AND REPORT OF NO DISTRIBUTION

| Item | VALUE | CLAIMED AS EXEMPT | ABANDONED |
|---|---|---|---|
| Real Estate 3007 Griffis Ct. Aug. GA. | $75,859.00 | 0 | X |
| Time Share | $5,000.00 | 0 | X |
| Cash on Hand | $200.00 | 200.00 | |
| Deposits | $0 | | |
| Household Goods | $2,045.00 | 2,045.00 | |
| Push Mower | $50.00 | 50.00 | |
| | $0 | | |
| Wearing Apparel | $100.00 | 100.00 | |
| Books, Pictures & other art objects | $0 | | |
| Motor Vehicles | | | |
| '07 Nissan Pathfinder | $15,000.00 | 0 | X |
| '02 PT Cruiser | $3,000.00 | 3,000.00 | |
| '90 Chev. P/u | $100.00 | 100.00 | |
| Furs & Jewelry | $400.00 | 400.00 | |
| Boats, Motors, Acces. | $0 | | |
| Livestock, Animals & Farm Equipment | $0 | | |
| Firearms, Sports, etc | $0 | | |
| Office Equipment and Supplies | $0 | | |
| Machinery, Equipment and Supplies | $0 | | |
| Inventory | $0 | | |
| Liquidated Debts | $0 | | |
| Insurance Policies | $0 | | |
| Int. in Corporations | $0 | | |
| Tax Refunds | $0 | | |
| Other | $0 | | |
| Retirement | $UNKNOWN | 1.00 | |
| | $0 | | |
| | $0 | | |

FILED 2008 DEC -8 AM 9:16

Comes Now, EDWARD J. COLEMAN, III, of Post Office Drawer 1497, Augusta, Georgia 30903, Trustee of the estate of the above-named debtor(s) and reports he has neither received any property nor paid any money on account of the estate except exempt property; he has made diligent inquiry into the whereabouts of property belonging to the estate; and there is no property available for distribution for the estate over and above that exempted by law.
    Pursuant to FRBP 5009, he certifies that the estate of the above-named debtor(s) has been fully administered.
    The trustee requests that this report be approved and that he be discharged from any further duties as trustee in the above-styled matter.

11-19-2008
Date                                EDWARD J. COLEMAN, III, Trustee